IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| NACCO MATERIALS HANDLING GROUP, INC., | Civil Action No. 4:14-cv-00110-FL |
| Plaintiff, | |
| v. | |
| KOLLMORGEN CORPORATION AND KOLLMORGEN AB, f/k/a DANAHER MOTION (STOCKHOLM) AB. | |
| Defendants | |

## **ORDER**

This matter is before the Court on the parties' joint motion to stay discovery pending a ruling by the Court on the Defendants' Motion to Dismiss. For good cause shown, the parties' motion is GRANTED.

This, the 23rd day of October, 2014.

_____
Louise W. Flanagan
United States District Judge